UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DOUVER TORRES BRAGA, et al.,<br><br>　　　　　　　Defendants. | Case No. C22-1563-SKV<br><br>ORDER REQUESTING STATUS UPDATE |

  Plaintiff Securities and Exchange Commission (SEC) initiated this matter with a Complaint filed on November 3, 2022 and naming as Defendants Keleionalani Taylor, Douver Torres Braga, and Joff Paradise. Dkt. 1. Plaintiff provided proof of service on Taylor as of June 6, 2023, Dkt. 7, and the Court, on October 10, 2023, advised that the Court would act upon a request for entry of default on Taylor upon the submission of a properly supported motion pursuant to Local Civil Rule 55(a), Dkt. 9. The Court also, by Order dated May 10, 2024, granted Plaintiff's motion for alternative service on Braga and Paradise and directed that, following such service, Plaintiff should promptly file proof of service with the Court. Dkt. 14.

  On May 29, 2024, Plaintiff filed proof of service on Braga. Dkt. 15. However, to date, Plaintiff has not provided proof of service on Paradise or moved for entry of default on Taylor.

The Court, as such, herein ORDERS Plaintiff to submit, on or before **July 15, 2024**, a status report regarding these proceedings, including any issues associated with service and default.

Dated this 3rd day of July, 2024.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER REQUESTING STATUS UPDATE - 2