1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

12

13

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DOUVER TORRES BRAGA,<br>JOFF PARADISE, AND<br>KELEIONALANI TAYLOR,<br><br>Defendants. | NO. 2:22-CV-01563-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE |
| --- | --- |

14

15

16

17

18

This matter comes before the Court on Defendant Douver Torres Braga's Unopposed Motion to Extend Answer Deadline, Dkt. #24.  The Court finding good cause therein, it is hereby ORDERED that the Unopposed Motion to Extend Answer Deadline is GRANTED.  Defendant Braga's deadline to Answer the Complaint is extended 90 days to October 20, 2024.

19

20

DATED this 17th day of July, 2024.

21

22

23

24

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

25

26

27

ORDER GRANTING UNOPPOSED MOTION TO EXTEND ANSWER DEADLINE – 1