UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DOUVER TORRES BRAGA, JOFF PARADISE, and KELEIONALANI TAYLOR,<br><br>Defendants. | Case No. C22-1563RSM<br><br>ORDER GRANTING JOINT MOTION TO AMEND ECF 32 |

Pursuant to the appearing Parties' Joint Motion to Amend ECF 32, and the Court finding good cause therein, it is hereby ORDERED that the Motion at Dkt. #34 is GRANTED. The deadline for the Parties' Joint Status Report as set forth in this Court's October 17, 2024, Order (ECF 32) is amended to February 23, 2025.

DATED this 3rd day of January, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO AMEND ECF 32 - 1