UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>DOUVER TORRES BRAGA,<br>JOFF PARADISE, and<br>KELEIONALANI TAYLOR,<br><br>Defendants. | No.  2:22-cv-01563-TL<br><br>**STIPULATION TO EXTEND DEADLINES** |

### I.   STIPULATION

Plaintiff Securities and Exchange Commission ("SEC") and the sole appearing Defendant in this matter, Douver Torres Braga, hereby stipulate to an extension of the deadlines for the submission of Initial Disclosures and for the filing of the Joint Status Report by approximately thirty (30) days.

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadlines.[1] The Parties request that the Clerk reset the deadlines as noticed.

---

[1] Judge Lin's Standing Order provides that the Parties are permitted to automatically extend a deadline if, among other things, "the date has not been previously automatically extended." Standing Order, III. A. The Parties note that these deadlines have not been previously automatically extended, but they were extended once by a joint motion and order by Judge Martinez. Dkt. #38.

Stipulation to Extend Deadlines – 1
Case No. 2:22-cv-01563-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

| Filing/Submission | Current Deadline (Dkt. #38) | New Deadline |
|---|---|---|
| Initial Disclosures | March 7, 2025 | April 7, 2025 |
| Joint Status Report | March 25, 2025 | April 25, 2025 |

Defendant Braga has requested this extension from the SEC, and the SEC does not oppose the request, because Defendant was recently arrested and presented in the related criminal matter also before this Court, *United States of America v. Braga,* United States District Court for the Western District of Washington, Case Number CR22-169-TL, and requires additional time to evaluate the two related cases.

No party will be prejudiced by extension of these deadlines because no other defendants named in this matter have yet appeared.

DATED this 27th day of February 2025.

*The undersigned certify that this memorandum contains 243 words, in compliance with the Local Civil Rules.*

| LETHER LAW GROUP | SECURITIES EXCHANGE COMMISSION |
|---|---|
| /s/ Eric J. Neal | /s/ John K. Han |
| /s/ Kasie Kashimoto | John K. Han |
| Eric J. Neal, WSBA #31863 | (Conditionally Admitted Pursuant to LCR 83.1(c)(2)) |
| Kasie Kashimoto, WSBA #54268 | CA Bar #208086 |
| 1848 Westlake Avenue N, Suite 100 | Securities and Exchange Commission |
| Seattle, WA 98109 | 44 Montgomery Street, Suite 700 |
| P: (206) 467-5444/F: (206) 467-5544 | San Francisco, California 94104 |
| eneal@letherlaw.com | Telephone: (415) 705-2500 |
| kkashimoto@letherlaw.com | Facsimile: (415) 705-2501 |
| | Email: hanjo@sec.gov |
| THE VOLKOV LAW GROUP PC | *Attorney for Plaintiff Securities and Exchange Commission* |
| /s/ Michael Volkov | |
| /s/ Matthew J. Stankiewicz | |
| Michael Volkov, *admitted pro hac vice* | |
| Matthew J. Stankiewicz, *admitted pro hac vice* | |

Stipulation to Extend Deadlines – 2
Case No. 2:22-cv-01563-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

155 Palisade Ave
Jersey City, NJ 07306
P: 732-979-9771
mvolkov@volkovlaw.com
mstankiewicz@volkovlaw.com
*Attorneys for Douver Torres Braga*

## II. ORDER

IT IS SO ORDERED.

DATED this 27th day of February 2025.

_____
Honorable Tana Lin
United States District Judge

Stipulation to Extend Deadlines – 3
Case No. 2:22-cv-01563-TL

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544